**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

———————

2014-1556

———————

HELFERICH PATENT LICENSING, LLC, and WIRELESS SCIENCE, LLC,

*Appellants*,

v.

CBS INTERACTIVE, INC., THE NEW YORK TIMES COMPANY, G4 MEDIA, LLC, and BRAVO MEDIA LLC,

*Appellees*.

———————

Appeal from the United States Patent and Trademark Office – Patent Trial and Appeal Board in Serial no. 2013-00033

———————

**JOINT MOTION TO AMEND BRIEFING SCHEDULE**

———————

Pursuant to Federal Circuit Rule 26(b), Appellants Helferich Patent Licensing, LLC, and Wireless Science, LLC (collectively, "Appellants") and Appellees CBS Interactive, Inc., The New York Times Company, G4 Media, LLC, and Bravo Media, LLC (collectively, "Appellees") respectfully request that the Court modify the briefing schedule in the above-captioned appeal. Appellants' opening brief is currently due on August 19, 2014; Appellees' responsive brief is currently due on September 29, 2014; and Appellants' reply brief is currently due October 13, 2014.

Neither Appellants nor Appellees have received any previous extension in this appeal. The parties have good cause for adjusting the current schedule, owing to unavailability of lead counsel and to upcoming deadlines in other cases being litigated by counsel for both Appellants and Appellees, as discussed in the accompanying declarations. Further, the below schedule avoids various federal holidays. The parties therefore jointly move the Court to adopt the following agreed-upon briefing schedule for this case:

| Opening Brief of Appellant | September 16, 2014 |
| Responsive Brief of Appellees | November 17, 2014 |
| Reply Brief of Appellant | December 15, 2014 |

For the foregoing reasons, the Court should establish a briefing schedule consistent with the schedule agreed to by the parties and set forth above.

Dated: August 1, 2014                                Respectfully submitted,

Counsel whose name appears below
has consented to the electronic                      /s/ *Aaron M. Panner*
representation of his signature:                     Aaron M. Panner
                                                     KELLOGG, HUBER, HANSEN, TODD,
  /s/ *Andrea G. Reister*                               EVANS & FIGEL, P.L.L.C.
Andrea G. Reister                                    1615 M Street, N.W., Suite 400
COVINGTON & BURLING LLP                              Washington, D.C. 20036
1201 Pennsylvania Avenue, N.W.                       Tel: (202) 326-7900
Washington, D.C. 20004                               Fax: (202) 326-7999
Tel: (202) 662-5257                                  apanner@khhte.com
Fax: (202) 778-5141
areister@cov.com                                     *Counsel for Appellants*
                                                     *Helferich Patent Licensing, LLC, and*
                                                     *Wireless Science, LLC*
*Counsel for Appellees CBS Interactive,*
*Inc., The New York Times Company,*
*G4 Media, LLC, and Bravo Media, LLC*

2

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

———————

2014-1556

———————

HELFERICH PATENT LICENSING, LLC, and WIRELESS SCIENCE, LLC,

*Appellants*,

v.

CBS INTERACTIVE, INC., THE NEW YORK TIMES COMPANY,
G4 MEDIA, LLC, and BRAVO MEDIA LLC,

*Appellees.*

———————

Appeal from the United States Patent and Trademark Office – Patent Trial and Appeal Board in Serial no. 2013-00033

———————

## DECLARATION OF AARON M. PANNER

———————

1.  I am a partner with Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C., and lead counsel for Appellants Helferich Patent Licensing, LLC, and Wireless Science, LLC (collectively, "Appellants") in this appeal. I am submitting this declaration in support of the parties' Joint Motion to Amend Briefing Schedule.

2.  Neither Appellants nor Appellees have received any previous extension in this appeal.

3.	The parties have conferred and have agreed to the proposed briefing schedule set forth in their Joint Motion to Amend Briefing Schedule.

4.	The parties have good cause for amending the current schedule, owing to upcoming deadlines in other cases being litigated by counsel for Appellants. Specifically, lead counsel for the Appellants has a reply brief due in this Court in another matter on August 16, a filing with the Federal Communications Commission due on August 8, a letter brief due with this Court in *Akamai v. Limelight* on August 18, and a filing in a matter before the Second Circuit on August 6.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 1, 2014                    /s/ *Aaron M. Panner*
                                                         Aaron M. Panner

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

———————

2014-1556

———————

HELFERICH PATENT LICENSING, LLC, and WIRELESS SCIENCE, LLC,

*Appellants*,

v.

CBS INTERACTIVE, INC., THE NEW YORK TIMES COMPANY, G4 MEDIA, LLC, and BRAVO MEDIA LLC,

*Appellees*.

———————

Appeal from the United States Patent and Trademark Office – Patent Trial and Appeal Board in Serial no. 2013-00033

———————

**DECLARATION OF ANDREA G. REISTER**

———————

1. I am a partner with Covington & Burling LLP, and lead counsel for Appellees CBS Interactive, Inc., The New York Times Company, G4 Media, LLC, and Bravo Media, LLC (collectively, "Appellees") in this appeal. I am submitting this declaration in support of the parties' Joint Motion to Amend Briefing Schedule.

2. Neither Appellants nor Appellees have received any previous extension in this appeal.

3. The parties have conferred and have agreed to the proposed briefing schedule set forth in their Joint Motion to Amend Briefing Schedule.

4. The parties have good cause for amending the current schedule, owing to longstanding commitments this fall. Specifically, lead counsel for the Appellees has numerous briefing deadlines before the Patent Trial and Appeal Board in October, and has overseas travel commitments for client matters that month. Other counsel for the Appellees has a trial scheduled to begin on November 3 in the Eastern District of Virginia. And Covington & Burling LLP will be moving its Washington, D.C. office to a new location in October.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 31, 2014

Andrea G. Reister

FORM 9. Certificate of Interest

### UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Helferich Patent Licensing, LLC, et al v. CBS Interactive, Inc., et al

No. 14-1556

### CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) appellant certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

Helferich Patent Licensing, LLC and Wireless Science, LLC

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

Not Applicable

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

None

4. ☐ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

See Attached List.

July 3, 2014
Date

/s/ Victoria G. Curtin
Signature of counsel

Victoria G. Curtin
Printed name of counsel

Please Note: All questions must be answered
cc: Counsel of Record

**Attorney List**

Steven G. Lisa
James. D. Busch
Jon E. Kappes
Justin J. Lesko
**Law Offices of Steven G. Lisa**

Victoria G. Curtin
**Victoria Gruver Curtin, PLC**

Gerald D. Hosier
**Law Offices of Gerald D. Hoiser, Ltd.**

Brad Pedersen
**Patterson Thuente Pederson, PA**

Aaron M. Panner
Michael E. Joffre
Brandan J. Cimmins
**Kellogg, Huber, Hansen, Todd, Evans & Figel, PLLC**

FORM 9. Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Helferich Patent Licensing, LLC    v.   CBS Interactive Inc.

No. 14-1556

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Appellee CBS Interactive Inc. certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

CBS Interactive Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

None

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

CBS Corporation.

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Covington & Burling, LLP: Andrea G. Reister, Gregory S. Discher, Michael Sawyer, Michael M. Markman

| July 3, 2014 | /s/ Andrea G. Reister |
|---|---|
| Date | Signature of counsel |
| | Andrea G. Reister |
| | Printed name of counsel |

Please Note: All questions must be answered
cc: Victoria Curtin

Reset Fields

FORM 9. Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Helferich Patent Licensing, LLC  v.  CBS Interactive Inc.

No. 14-1556

# CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Appellee The New York Times Company certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

The New York Times Company

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

None

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

None

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Covington & Burling, LLP: Andrea G. Reister, Gregory S. Discher, Michael Sawyer, Michael M. Markman

July 3, 2014
Date

/s/ Andrea G. Reister
Signature of counsel

Andrea G. Reister
Printed name of counsel

Please Note: All questions must be answered
cc: Victoria Curtin

Reset Fields

Form 9

FORM 9. Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Helferich Patent Licensing, LLC   v.   CBS Interactive Inc.

No. 14-1556

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Appellee G4 Media, LLC certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

G4 Media, LLC

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

None

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

G4 Media, LLC is a subsidiary of NBCUniversal Media, LLC, which is wholly and indirectly owned by Comcast Corporation. No other publicly held company owns more than 10% of the stock of G4 Media, LLC.

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Covington & Burling, LLP: Andrea G. Reister, Gregory S. Discher, Michael Sawyer, Michael M. Markman

| July 3, 2014 | /s/ Andrea G. Reister |
|---|---|
| Date | Signature of counsel |
| | Andrea G. Reister |
| | Printed name of counsel |

Please Note: All questions must be answered
cc: Victoria Curtin

Reset Fields

FORM 9. Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Helferich Patent Licensing, LLC    v.    CBS Interactive Inc.

No. 14-1556

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party)
Appellee Bravo Media LLC certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

Bravo Media LLC

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

None

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

Bravo Media LLC is a subsidiary of NBCUniversal Media, LLC, which is wholly and indirectly owned by Comcast Corporation. No other publicly held company owns more than 10% of the stock of Bravo Media LLC.

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Covington & Burling, LLP: Andrea G. Reister, Gregory S. Discher, Michael Sawyer, Michael M. Markman

July 3, 2014                                    /s/ Andrea G. Reister
Date                                           Signature of counsel
                                               Andrea G. Reister
                                               Printed name of counsel

Please Note: All questions must be answered
cc: Victoria Curtin

Reset Fields

124

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on   Aug 1, 2014
by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| Aaron M. Panner | /s/ Aaron M. Panner |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.
Address: 1615 M Street, NW, Suite 400
City, State, ZIP: Washington, DC  20036
Telephone Number: (202) 326-7900
FAX Number: (202) 326-7999
E-mail Address: apanner@khhte.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.